TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
HOLLY GAUDREAU (Bar # 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; glcincone@townsend.com; hgaudreau@townsend.com

**E-filed 4/27/07**

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LEVI STRAUSS & CO., | Case No. C 06 4542 JF |
|---|---|
| Plaintiff, | **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO EXTEND ORDER OF DISMISSAL** |
| v. | |
| ROCK & REPUBLIC ENTERPRISES, INC., a California corporation, | |
| Defendant. | |

1   Pursuant to the Court's Order of January 24, 2007, Plaintiff Levi Strauss & Co. ("LS&CO.") certifies that the parties have not yet finalized the terms of the settlement agreement. The parties, however, are very close to doing so and expect to file a stipulation of dismissal shortly. Accordingly, rather than restore the matter to the calendar, LS&CO. respectfully requests that the Court extend the time of its Order for Dismissal for an additional 30 days. Counsel for defendant Rock & Republic Enterprises, Inc. agrees with this request.

DATED: April 24, 2007

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gregory S. Gilchrist
    GREGORY S. GILCHRIST

Attorneys for Plaintiff
LEVI STRAUSS & CO.

61037081 v1

IT IS SO ORDERED.  4/27/07

JUDGE JEREMY FOGEL, US DISTRICT COURT